FILE COPY

**217-15**
**218-15**
**219-15**

COA #  08-13-00057-CR   OFFENSE:  71.02

STYLE:  Patrick Shaughnessy Hatt, Jr.
v. The State of Texas      COUNTY:  Tarrant

COA DISPOSITION:  affirm      TRIAL COURT:  Criminal District Court No. 2

DATE: 1/30/15      Publish: no   TC CASE #:   1299765R

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE:  Patrick Shaughnessy Hatt, Jr. v.
The State of Texas          CCA #:

_APPELLANT'S_ Petition     CCA Disposition: **217-15; 218-15; 219-15**
FOR DISCRETIONARY REVIEW IN CCA IS:     DATE:
_REFUSED_                     JUDGE:
DATE: 04/22/2015              SIGNED: _____  PC: _____
JUDGE: _Per Curiam_           PUBLISH: _____  DNP: _____

------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____